IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, CEMENT MASONS AND PLASTERERS RETIREMENT TRUST, and WESTERN WASHINGTON CEMENT MASONS JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>RAILWORKS TRACK SYSTEMS INC dba RAILWORKS TRACK SYSTEMS LLC, a foreign corporation, Contractor's License No. RAILWTS996BR, UBI No. 601206904,<br><br>Defendant. | No. 2:22-cv-01236-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE AND SERVE ANSWER TO PLAINTIFFS' COMPLAINT** |

THIS MATTER, having come on regularly for hearing before the Court on the parties' stipulated motion to extend the deadline for Defendant to file it's answer and the Court having considered the pleadings,

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Stipulated Motion to Extend Deadline for Defendant to File and Serve its Answer is hereby **GRANTED**. The Answer is now due by October 31, 2022.

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE AND SERVE ANSWER TO PLAINTIFFS' COMPLAINT    (Case No. 2:22-cv-01236-RSL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Dated this 27th day of September, 2022.

*MMS Lasnik*
Robert S. Lasnik
United States District Judge

Jointly presented by:

JACKSON LEWIS P.C.

By: *s/ Daniel P. Crowner*
    Daniel P. Crowner, WSBA # 37136
    David Pixley, Admitted Pro Hac Vice
    520 Pike Street, Suite 2300
    Seattle, WA 98101
    Telephone: (206) 405-0404
    Facsimile: (206) 405-4450
    Daniel.Crowner@jacksonlewis.com
    David.Pixley@jacksonlewis.com

*Attorneys for Defendant*

BARLOW COUGHRAN
MORALES &JOSEPHSON, P.S.

By: *s/ Noelle E. Dwarski*
    Noelle E. Dwarzski, WSBA No. 40041
    1325 Fourth Ave Suite 910
    Seattle, WA 98101
    Telephone: (206) 224-9900
    Facsimile: (206) 224-9820
    E-mail: noelled@bcmjlaw.com

*Attorney for Plaintiffs*

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE AND SERVE ANSWER TO PLAINTIFFS' COMPLAINT   (Case No. 2:22-cv-01236-RSL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404