THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, CEMENT MASONS AND PLASTERERS RETIREMENT TRUST, and WESTERN WASHINGTON CEMENT MASONS JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>RAILWORKS TRACK SYSTEMS INC dba RAILWORKS TRACK SYSTEMS LLC, a foreign corporation, Contractor's License No. RAILWTS996BR, UBI No. 601206904,<br><br>Defendant. | NO.  2:22-cv-01236-JNW<br><br>STIPULATION AND JUDGMENT OF DISMISSAL |

This Stipulated Dismissal is entered into between Plaintiffs and Defendant Railworks Track Systems LLC, a foreign corporation, Contractor's License No. RAILWTS787M1, UBI No. 601206904, incorrectly identified as RAILWORKS TRACK SYSTEMS INC dba RAILWORKS TRACK SYSTEMS LLC, a foreign corporation, Contractor's License No. RAIWTS996BR, UBI No. 601206904.

STIPULATION AND JUDGMENT OF DISMISSAL - 1
Cause No. 2:22-cv-01236-JNW

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5000 407 gf149c01z4



1. The parties hereby stipulate to a judgment of dismissal of all claims against Defendant Railworks Track Systems LLC with prejudice and without costs or attorney fees to any parties.

Stipulated by:

DATED this 14th day of June, 2023.

| /s/ Noelle E. Dwarzski | /s/ Daniel P. Crowner (with permission) |
|---|---|
| Noelle E. Dwarzski, WSBA No. 40041 | Daniel P. Crowner, WSBA No. 37136 |
| BARLOW COUGHRAN | JACKSON LEWIS P.C. |
| MORALES & JOSEPHSON, P.S. | 520 Pike Street, Suite 2300 |
| 1325 Fourth Avenue, Suite 910 | Seattle, WA 981014 |
| Seattle, WA 98101 | Telephone: (206) 626-6412 |
| Telephone: (206) 224-9900 | Email: Daniel.Crowner@jacksonlewis.com |
| noelled@bcmjlaw.com | Attorney for Defendant Railworks Track |
| Attorneys for Plaintiffs | Systems LLC |

## JUDGMENT

NOW THEREFORE, it is hereby ordered and adjudged that Defendant Railworks Track Systems LLC is dismissed with prejudice and without costs or attorney fees to any parties.

DATED this 12th day of September, 2023.

_____
Jamal N. Whitehead
United States District Judge

STIPULATION AND JUDGMENT OF DISMISSAL - 2
Cause No. 2:22-cv-01236-JNW

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5000 407 gf149c01z4

Respectfully Submitted by:

| | |
|---|---|
| /s/ Noelle E. Dwarzski | /s/ Daniel P. Crowner (with permission) |
| Noelle E. Dwarzski, WSBA No. 40041 | Daniel P. Crowner, WSBA No. 37136 |
| BARLOW COUGHRAN | JACKSON LEWIS P.C. |
| MORALES & JOSEPHSON, P.S. | 520 Pike Street, Suite 2300 |
| 1325 Fourth Avenue, Suite 910 | Seattle, WA 981014 |
| Seattle, WA 98101 | Telephone: (206) 626-6412 |
| Telephone: (206) 224-9900 | Email: Daniel.Crowner@jacksonlewis.com |
| noelled@bcmjlaw.com | Attorney for Defendant Railworks Track |
| Attorneys for Plaintiffs | Systems LLC |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this 14th day of June 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all parties registered with CM/ECF in this matter.

Dated this 14th day of June 2023, at Seattle, Washington.

/s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Plaintiffs

STIPULATION AND JUDGMENT OF DISMISSAL - 3
Cause No. 2:22-cv-01236-JNW

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900